```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
Misdemeanor Unit
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-MJ-00036 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO EXCLUDE |
| ) | TIME FOR CONSIDERATION OF |
| v. ) | MOTIONS |
| ) | |
| JEFFREY D. VOGLAND ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant, that time shall be excluded in the interests of justice,

///
///
///
///
///
///

1

including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv).

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: June 21, 2006        By   /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney

Dated: June 21, 2006            /s/ Carrie S. Leonetti
                                      CARRIE S. LEONETTI
                                      Attorney for Defendant

**ORDER**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv). **The Court finds good cause on that stated basis.**

IT IS SO ORDERED.

**Dated:   June 29, 2006**               **/s/ Lawrence J. O'Neill**
b9ed48                                  UNITED STATES MAGISTRATE JUDGE