```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  Misdemeanor Unit
    Federal Courthouse
 4  2500 Tulare Street, Suite 4401
    Fresno, California  93721
 5  Telephone: (559) 497-4000
 6
 7
 8
              IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                     EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,      ) 1:06-MJ-00036
12                                 )
              Plaintiff,            ) STIPULATION TO CONTINUE
13                                 ) GOVERNMENT'S RESPONSE TO
    v.                             ) DEFENDANT'S MOTION FOR DISCOVERY
14                                 ) SANCTIONS AND TO EXCLUDE TIME
    JEFFREY D. VOGLAND             ) FOR CONSIDERATION OF MOTIONS AND
15                                 ) ORDER
              Defendant.           )
16                                 ) Old Date:  August 18, 2006
                                   ) NEW DATE: September 6, 2006
17  _____  ) Time: 10:30 a.m.
18
19       IT IS HEREBY STIPULATED by and between the parties hereto
20  through their respective counsel, STANLEY A. BOONE, Assistant United
21  States Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for
22  Defendant, that the government's response to defendant's motion
23  currently scheduled for August 7, 2006,  shall be continued until
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

August 23, 2006. The motion hearing currently scheduled for August 18, 2006 before Judge Snyder, shall be continued until September 6, 2006 at 10:30 a.m. before Judge O'Neill.

The parties also stipulate that time shall be excluded for consideration of the motion.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 4, 2006         By   /s/ Stanley A. Boone
                                   STANLEY A. BOONE
                                   Assistant U.S. Attorney

Dated: August 4, 2006              /s/ Carrie S. Leonetti
                                   CARRIE S. LEONETTI
                                   Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:  August 11, 2006**              /s/ Sandra M. Snyder
icido3                               UNITED STATES MAGISTRATE JUDGE

2