```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  Misdemeanor Unit
    Federal Courthouse
 4  2500 Tulare Street, Suite 4401
    Fresno, California  93721
 5  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-MJ-00036 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE GOVERNMENT'S RESPONSE |
| v. ) | TO DEFENDANT'S MOTION TO |
| ) | SUPPRESS STATEMENTS; REQUEST FOR |
| JEFFREY D. VOGLAND ) | EVIDENTIARY HEARING; AND |
| ) | DEFENDANT'S MOTION TO REQUIRE |
| Defendant. ) | PROSECUTION TO INSPECT AND |
| ) | PRODUCE PERSONNEL FILES OF LAW |
| ) | ENFORCEMENT OFFICER |
| _____ ) | |
| | Date: October 17, 2006 |
| | Time: 8:00 a.m. |
| | Dept. Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant, that the government's response to defendant's motion currently scheduled for October 13, 2006, shall be continued until

///

///

///

///

1

1  November 3, 2006. The motion hearing currently scheduled for October
2  17, 2006 shall be continued until November 14, 2006 at 9:00 a.m.
3       The parties also stipulate that time shall be excluded for
4  consideration of the motion.

```
                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


Dated: October 12, 2006      By   /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney


Dated: October 12, 2006           /s/ Carrie S. Leonetti
                                      CARRIE S. LEONETTI
                                      Attorney for Defendant
```

                    IT IS SO ORDERED.

      **Dated:   October 13, 2006        /s/ Lawrence J. O'Neill**
                      b9ed48UNITED STATES MAGISTRATE JUDGE

2