

FILED

DEC 13 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## AT FRESNO

| | | |
|---|---|---|
| USA | ) | 1:06-MJ-00036 |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF IN CAMERA INSPECTION** |
| JEFFREY D. VOGLAND | ) | |
| Defendant. | ) | |

Pursuant to this Court's Order following the hearing on November 17, 2006 on the Defendant's Motion to Require the Prosecution to Inspect and Produce Personnel Files of Law Enforcement Officer:

This Court has received and reviewed the personnel file of special agent Russell Klawiter in accordance with <u>United States</u> vs <u>Henthorn</u>, 931 F.2d 29 (9th Circuit 1991). As a result, the Court has issued an OSC to the Government to file an ex parte, sealed response to the order. Upon review of the Government's response, this Court will determine whether or not any of the personnel information should properly be released pursuant to the <u>Henthorn</u> holding.

Dated: December 13, 2006

_____
LAWRENCE J. O'NEILL
U.S. MAGISTRATE JUDGE