DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JEFFREY D. VOGLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-mj-36 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE EVIDENTIARY HEARING ON  DEFENDANT'S MOTION TO SUPPRESS;  AND  PROPOSED  ORDER THEREON |
| v.         ) | |
| ) | |
| JEFFREY D. VOGLAND, ) | |
| ) | Date : February 22, 2007 |
| Defendant.  ) | Time: 9:00 a.m. |
| ) | Dept : Hon. Lawrence J. O'Neill |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through  their respective attorneys of record herein, that the evidentiary hearing on defendant's motion to suppress, set for  January 19, 2007, may be continued to **February 22, 2007 at 9:00**.

The parties agree that the delay resulting from the continuance shall be excluded for the Court's . consideration of and decision on defendant's motion to suppress,  pursuant to 18 U.S.C. § 3161(h)(1)(F), and in the interests of justice herein for effective defense preparation pursuant to  18 U.S.C.  §§ 3161(h)(8)(A)

///
///
///
///
///
///

1   and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED:  December 19, 2006            /s/  Stanley A. Boone
STANLEY A. BOONE
Assistant Federal Defender
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED:  December 19, 2006            /s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:     December 19, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                      UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Evidentiary Hearing on
Defendant's Motion to Suppress                    2