# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| USA, <br>         Plaintiff, <br>     vs. <br> JEFFREY D. VOGLAND, <br>         Defendant. | **1:06-mj-00036** <br><br> Ruling on Order to Show Cause; Ruling on Defendant's Request Regarding Personnel file Production |

The Court has now received the Government's <u>Ex Parte</u> response to the Order to Show Cause issued by this Court on December 13, 2006. As a result, the Court has re-reviewed the personnel files <u>in camera</u>.

The Court concludes that there is nothing in the personnel file of Russell Klawiter that has any probative value as to Agent Klawiter's credibility as a witness as defined in U.S. vs Henthorn 931 F2d. 29 (9th Circuit 1991) and U.S. vs Herring 83 F.3d 1120 (9th Circuit 1996).

IT IS SO ORDERED.

**Dated:  December 21, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE