1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JEFFREY D. VOGLAND

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          ) NO. 1:06-mj-00036
                                        )
12 |          Plaintiff,                ) NOTICE OF MOTION; MOTION TO MODIFY
                                        ) AND  TERMINATE  PROBATION  WITH
13 |     v.                             ) ATTACHMENTS; ORDER
                                        )
14 | JEFFREY D. VOGLAND,                ) Date: February 14, 2008
                                        ) Time: 10:00
15 |          Defendant.                ) Judge: Hon. Sandra M. Snyder
                                        )
16 |_____    )

17  TO:  McGREGOR W. SCOTT, UNITED STATES ATTORNEY, MARK McKEON, ASSISTANT
         UNITED STATES ATTORNEY, AND MARY STEFFORA, CERTIFIED LAW CLERK, COUNSEL
18       FOR PLAINTIFF

19         COMES NOW the Defendant, Jeffrey D. Vogland, by and through undersigned counsel, and moves

20  this Court to modify his sentence as hereinafter set forth.

21         Mr. Vogland suffers from several significant health ailments, including stage two heart failure. (Att.

22  A/1).

23         On February 22, 2007, Mr. Vogland pleaded guilty to one count of computer misuse, in violation of

24  18 U.S.C. § 1030 (a) (2) (B) (1984).  The remaining charge was dismissed.  At that time, the Court sentenced

25  Mr. Vogland to a one-year term of unsupervised probation with the special conditions that he complete

26  twenty-five hours of community service and pay a $500.00 fine and $25.00 statutory assessment.

27         Shortly after the sentencing hearing, Mr. Vogland's wife, Alicia Vogland, became and remained

28  unemployed for approximately four months.  (Att. A/1).  After an intermittent period of subsequent

employment, she became unemployed again in September 2007. (Att. A/2). In the meantime, Mr. Vogland's physical health has continued to deteriorate. (Att. A/2). The Voglands have no assets other than a single automobile that is more than ten years old. (Att. A/2). Their sole sources of income are Mr. Vogland's benefits from the Social Security Administration and Ms. Vogland's intermittent employment. (Att. A/2). The Voglands presently owe approximately $3000.00 for medical expenses not reimbursed by Mr. Vogland's medical insurance. (Att. A/2).

On December 20, 2007, a review hearing was held to review Mr. Vogland's compliance with the conditions of his probation. At that time, undersigned counsel informed the Court that Mr. Vogland had undergone significant changes in his health status and financial situation since the date of his sentencing and that he no longer had the ability to pay the fine imposed. The hearing was continued to permit counsel to gather documentation and file a written motion to modify the conditions of and/or terminate probation.

Mr. Vogland has completed the twenty-five hours of community service that the Court imposed. (Att. B).

Accordingly, Mr. Vogland respectfully requests that the Court modify his sentence by vacating the special condition of probation imposing a $500.00 fine and terminate his probation.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: February 11, 2008      /s/   Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
JEFFREY D. VOGLAND

### ORDER

The Defendant's foregoing motion to modify and terminate probation is hereby GRANTED. The special condition of probation imposing a $500.00 fine is VACATED. Probation is hereby TERMINATED.

Dated: 2/14/2008

/s/ Sandra M. Snyder
Sandra M. Snyder, Magistrate Judge
United States Magistrate Judge